IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03013-GPG

SALVADOR ZUNOGAMA,

    Plaintiff,

v.

RICK RAEMISCH, in his official capacity as Executive Director of the Colorado
    Department of Corrections,
ED CALEY, in his official capacity as Warden of the Trinidad Correctional Facility,
JOSEPH M. VIGIL, in his official and personal capacity,
CORRECTIONAL OFFICER MATEO (last name unknown), in his official and personal
    capacity, and
CORRECTIONAL OFFICER APODACA (last name unknown), in his official,

    Defendants.

---

ORDER GRANTING 28 U.S.C. § 1915 MOTION

---

Plaintiff, a state prisoner in Colorado, has filed *pro se* a Prisoner Complaint (ECF No. 1) and an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 11).   Plaintiff will be granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.   Based on the information about Plaintiff's financial status, the Court finds that Plaintiff is able to pay an initial partial filing fee of $3.00 pursuant to 28 U.S.C. § 1915(b)(1).   Plaintiff has consented to disbursement of partial payments of the filing fee from his prison account.   (*See* ECF No. 5.)   Plaintiff is required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action.   Accordingly, it is

    ORDERED that the amended Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 (ECF No. 11) is GRANTED.   It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit Authorizing Calculation and Disbursement of Funds (ECF No. 5) is GRANTED and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 6) is DENIED as moot.   It is

FURTHER ORDERED that within thirty days of the date of this Order Plaintiff's custodian shall disburse from Plaintiff's prison account an initial partial filing fee of $3.00 to the Clerk of the United States District Court for the District of Colorado, which represents 20 percent of the greater of the (1) average monthly deposits, or (2) average monthly balance in Plaintiff's prison accounts for the six-month period immediately preceding the filing of the complaint.   See 28 U.S.C. §1915(b).   It is

FURTHER ORDERED that after payment of the initial partial filing fee Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to this prison account until Plaintiff has paid the total filing fee of $350.00.   See 28 U.S.C. §1915(b)(2).   Interference by Plaintiff in the submission of these funds will result in the dismissal of this action.   It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.   See 28 U.S.C. §1915(A)(b); 28 U.S.C. § 1915(e)(2).   It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's prison until full payment of the filing fee has been paid to the

Court, even after disposition of the case and regardless of whether relief is granted or denied.   It is

FURTHER ORDERED that the Clerk of the Court shall not issue process until further order of the Court.   It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to DOC_inmateaccounts@state.co.us.

DATED January 20, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge