IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03013-KLM

SALVADOR ZUNOGAMA,

    Plaintiff,

v.

JOSEPH M. VIGIL, ET AL.,

    Defendants.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order #[45], Granting the Motion to Dismiss or Alternatively Motion for Summary Judgment #[41], filed on March 3, 2016 by the Honorable Kristen L. Mix, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Motion to Dismiss or Alternatively Motion for Summary Judgment #[41]  is **GRANTED**. It is further

    ORDERED that judgment shall enter in favor of Defendants Joseph M. Vigil and Apodaca and against Plaintiff Salvador Zunogama.

DATED at Denver, Colorado March 3, 2016.

                                                        FOR THE COURT:

                                                        Jeffrey P. Colwell,
                                                        Clerk of Court

                                                        By s/ L. Galera
                                                           Courtroom Deputy